IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-780-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| MICHAEL LEE FAIRCLOTH | ) | |
| | ) | |
| Defendant | ) | |

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the above-named defendants having failed to appear, plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against Defendant Michael Lee Faircloth.

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the plaintiff, United States of America, having requested judgment against the defaulted defendants and having filed a proper affidavit, judgment is rendered in favor of the plaintiff and against the above named defendants as follows:

- Judgment against Defendant Michael Lee Faircloth, for the sum of $117,512.73 principal, plus interest accrued thereon through September 7, 2012, in the sum

of $5,271.11, plus interest thereafter until paid at the daily rate of $6.4391.

- Further, Defendant is enjoined from selling, trading, or wasting any assets covered by the Promissory Notes, Security Agreement, or Financing Statement, except as may be allowed by the Promissory Notes, Security Agreement, or Financing Statement.

- Plaintiff's security instrument referred in the complaint is foreclosed and all right, title, and interest of Michael Lee Faircloth or any persons holding by, through, or under them, including any equity or redemption or rights of power, and rights of any junior lienholders, are forever barred in and to the personal property at issue in the security instrument.

- Upon foreclosure, the said personal property shall be sold by the United States Marshal upon such time, notice, and conditions as the law may prescribe and the Court may require, and out of the net proceeds, after payment of costs associated with the sale, of said Plaintiff be paid the amount thereof on its claim above described.

2

Case 5:12-cv-00780-BO   Document 15   Filed 08/20/13   Page 2 of 3

This the 19 day of August, 2013.

_Terrence Hoyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

3