UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-780(BO)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL LEE FAIRCLOTH, )<br>        Defendant. ) | ORDER ALLOWING U.S. MARSHAL<br>TO TURNOVER PROPERTY TO U.S.<br>DEPARTMENT OF AGRICULTURE FOR<br>SALE PURSUANT TO JUDGMENT |

Upon Motion by the United States of America, for an Order designating the U.S. Department of Agriculture as "substitute custodian" and allowing the United States Marshal to turnover property he was directed to sell pursuant to the Default Judgment to the United States Department of Agriculture for pick up and sale at auction; the Court DESIGNATES the U.S. Department of Agriculture as Substitute Custodian and ORDERS that the United States Marshal shall take possession of the property used for security to the United States Department of Agriculture and turn said property over to the Department of Agriculture so it may pick up and sell the property at auction through its contract currently in place.

Proceeds of the auction sale should be paid to the U. S. Attorney's Office- Financial Litigation Unit, and an accounting of the sale results provided to the U.S. Marshal and U.S.

Department of Agriculture for their records. Costs of the sale shall be paid from sale proceeds.

SO ORDERED, this __13__ day of September, 2013.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge